(76 South. 995)

Ex parte FULLER. (6 Div. 654.) (Supreme Court of Alabama. July 2, 1917.) Certiorari to Court of Appeals. Leith & Gunn, of Jasper, for appellant. Wm. L. Martin, Atty. Gen., for appellee.

GARDNER, J. Application of Harrison Fuller for certiorari to the Court of Appeals to review and revise the judgment of said court, affirming the judgment of the lower

court in the case of Fuller v. State, 75 South. 879. Writ denied.